JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASMIK BADIKYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: 2:24-cv-07340-SB-BFM<br><br>*Assigned Judge: Stanley Blumenfeld, Jr.*<br><br>**ORDER OF DISMISSAL** |

By operation of the Court's October 11, 2024 order, and as confirmed by the stipulation of the parties (Dkt. No. 21), the entire action, including all claims and counterclaims stated herein against all parties, has been dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: February 14, 2025          By: _____
                                 Stanley Blumenfeld, Jr.
                                 United States District Judge

1
ORDER OF DISMISSAL